Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of
the Claim of ANNA GRAFFE, Widow, Respondent, for Compensation under
the Workmen's Compensation Law for Herself and Minor Children for the
Death of FELIX GRAFFE, v. ARTCOLOR PRINTING COMPANY, Employer, and
ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.—Motion
denied.

HOWARD STREETER, Respondent, v. EUGENE N. FOSS, Appellant.—
Judgment and order affirmed, with costs. All concur, except John M.
Kellogg, P. J., dissenting.